## M.P. ASSOCIATES L.P. BUDGET
### JULY-SEPTEMBER 2007

|  | Jul-07 | Aug-07 | Sep-07 |
|---|---|---|---|
| **REVENUE*** | | | |
| Base Rent | $26,300.00 | $26,300.00 | $26,300.00 |
| Real Estate Taxes | $3,050.00 | $3,050.00 | $3,050.00 |
| Insurance | $250.00 | $250.00 | $250.00 |
| Common Area Maintenance | $2,850.00 | $2,850.00 | $2,850.00 |
| No Revenue Is Added for Vacant Space | $0.00 | $0.00 | $0.00 |
| **TOTAL** | **$32,450.00** | **$32,450.00** | **$32,450.00** |
| **EXPENSES*** | | | |
| Insurance | $800.00 | $800.00 | $800.00 |
| Landscaping | $250.00 | $250.00 | $250.00 |
| Litter Control | $350.00 | $350.00 | $350.00 |
| Management Fee | $2,500.00 | $2,500.00 | $2,500.00 |
| Professional Fees (ordinary course) | $1,000.00 | $1,000.00 | $1,000.00 |
| Real Estate Taxes | $8,700.00 | $8,700.00 | $8,700.00 |
| Repairs, Maintenance & Janitorial Service | $3,200.00 | $3,200.00 | $3,200.00 |
| Scavenger | $550.00 | $550.00 | $550.00 |
| Security | $100.00 | $100.00 | $100.00 |
| Utilities (Electricity, Gas, Water) | $2,400.00 | $2,400.00 | $2,400.00 |
| Utility Deposits | $3,600.00 | $0.00 | $0.00 |
| Miscellaneous | $1,000.00 | $1,000.00 | $1,000.00 |
| U.S. Trustee Fees | | | $1,250.00 |
| **TOTAL** | **$24,450.00** | **$20,850.00** | **$22,100.00** |
| **Provisional Adequate Protection Payment to Midwest** | **$8,000.00** | **$11,600.00** | **$10,350.00** |

**\* All line items are subject to a variance of +/- 10%.**