UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| M.P. ASSOCIATES L.P., | ) | Case No. 07-12151 |
| | ) | |
| | ) | Hon. Eugene R. Wedoff |
| Debtor. | ) | |

**ORDER APPROVING FINAL APPLICATION OF SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC, AS COUNSEL TO MP ASSOCIATES L.P. FOR THE ALLOWANCE AND PAYMENT OF CHAPTER 11 COMPENSATION, <u>REIMBURSEMENT OF EXPENSES AND RELATED RELIEF</u>**

Upon consideration of the final application (the "Application"),[1] filed by Shaw Gussis Fishman Glantz Wolfson & Towbin LLC ("Shaw Gussis") requesting the entry of an order pursuant to 11 U.S.C. §§ 330 and 331, Fed. R. Bankr. P. 2002(a)(6), 2016(a), 9006(c)(1) and 9007, and Local Bankruptcy Rule 5082-1 for: (i) the final allowance of $21,300.00 in compensation for 71.20 hours of professional services rendered as counsel to MP Associates, L.P. (the "Debtor"), for the period beginning June 1, 2008 through and including December 12, 2008 (the "Application Period") and the reimbursement of $448.86 for actual costs incurred incident to those services; and (ii) the final allowance of $80,866.56 in fees and expenses previously allowed by this Court on an interim basis; due and proper notice of the Application having been provided; the Court having jurisdiction to hear and determine the Application; it appearing that there is good cause to grant the relief requested; there being no objection to the requested relief, it is therefore **ORDERED** that:

(a)  The Application is allowed.

(b)  Notice of the Application as provided for therein is sufficient and further notice is waived for cause shown.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

{6530 ORD A0222011.DOC}

(c) Shaw Gussis is allowed $21,300.00 in chapter 11 compensation for hourly services rendered during Application Period.

(d) Shaw Gussis is allowed $448.86 in chapter 11 expense reimbursement for the Application Period.

(e) Shaw Gussis is allowed final compensation for actual and necessary legal services provided to MP Associates from July 8, 2007 through December 12, 2008 in the amount of $99,763.50 (the "Final Allowed Compensation") and reimbursement of actual and necessary expenses advanced for the benefit of S&K in the amount of $2,851.92 (the "Final Allowed Expenses"); and

(f) The Trustee is authorized to pay to Shaw Gussis all of the Final Allowed Compensation and Final Allowed Expenses $102,615.42, after giving credit to the payments made by the Trustee to Shaw Gussis on account of the First Application in the aggregate amount of $80,866.56, thereby leaving a balance due of $21,748.86.

**ENTER:**

Dated: January ___, 2009

**Bankruptcy Judge**

Prepared by:

Allen J. Guon (#6244526)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60610
(312) 541-0151  telephone
(312) 980-3888  facsimile

*Attorneys for M.P. Associates L.P.*