**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

E-FILED ON
12-23-08
DKT # 81

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| M.P. ASSOCIATES L.P., | ) | Case No. 07-12151 |
| | ) | |
| | ) | Hon. Eugene R. Wedoff |
| Debtor. | ) | |
| | ) | Hearing Date: January 13, 2009 |
| | ) | Hearing Time: 9:30 a.m. |

**NOTICE OF MOTION**

TO:   Attached Service List

**PLEASE TAKE NOTICE** that on **January 13, 2009 at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Eugene R. Wedoff**, Bankruptcy Judge, in Courtroom 744 of the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in his absence, before such other Judge who may be sitting in his place and stead and hearing bankruptcy motions, and shall then and there present the **Final Application of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC ("Shaw Gussis") as Counsel to MP Associates L.P. for Allowance of Chapter 11 Compensation and Reimbursement of Expenses and Related Relief** ("Application"), pursuant to which Shaw Gussis seeks (i) allowance of **final** compensation in the amount of $21,300.00 and reimbursement of expenses in the amount of $448.86 for the period beginning June 1, 2008 through and including December 12, 2008 and (ii) the final allowance 80,866.50 in fees and expenses previously allowed by the Court on an interim basis.

**PLEASE TAKE FURTHER NOTICE** that any creditor or party in interest may appear at the hearing if he or she sees fit to appear.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Application is on file with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Application may be continued from time to time, as necessary, without further written notice.

Dated: December 23, 2008            Allen J. Guon (#6244526)
                                    Shaw Gussis Fishman Glantz
                                      Wolfson & Towbin LLC
                                    321 North Clark Street, Suite 800
                                    Chicago, Illinois 60610
                                    (312) 541-0151  telephone
                                    (312) 980-3888  facsimile
                                    aguon@shawgussis.com

{6530 APPL A0221993.DOC}

## CERTIFICATE OF SERVICE

Allen J. Guon certifies that on the **24th day of December, 2008** he caused to be served a true and correct copy of the attached **Notice of Hearing for Final Application of Shaw Gussis Fishman Glantz Wolfson & Towbin as Counsel to M.P. Associates, L.P. for Allowance of Chapter 11 Compensation and Reimbursement of Expenses and Related Relief,** was duly served upon the persons listed below by prepaid first-class U.S. Mail.

/s/Allen J. Guon

### SERVICE LIST

| | | |
|---|---|---|
| Gina B Krol ESQ<br>Cohen & Krol<br>105 West Madison St Ste 1100<br>Chicago, IL 60602-4600 | M.P. Associates Limited Partnership<br>1000 Vandustrial Dr.<br>Westmont, IL 60559-2472 | William T Neary<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-1702 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | #1 Nails<br>1507 W. North Ave.<br>Melrose Park, IL 60160-1316 | A Discount Lock Company<br>849 W. Grand Ave.<br>Chicago, IL 60642-6564 |
| ABC Board-Up Company<br>PO Box 668<br>Hillside, IL 60162-0668 | American Casualty Company<br>of Reading, Pennsylvania<br>333 S. Wabash Ave.<br>Chicago, IL 60604-4107 | Ana Venegas<br>1306 S. 57th Court<br>Cicero, IL 60804-1106 |
| Aqua Plumbing<br>270 Larkin Dr.<br>Unit A<br>Wheeling, IL 60090-6472 | Arc Disposal<br>PO Box 9001822<br>Louisville, KY 40290-1822 | Barry B. Berk<br>493 Laurel Ave.<br>Highland Park, IL 60035-2652 |
| Bedco Mechanical<br>Attn: Rick Bednarz<br>322 N. Wolf Rd.<br>Mount Prospect, IL 60056-2735 | Bell, Boyd & Lloyd LLC<br>3 First National Plaza, Ste 300<br>70 W Madison St.<br>Chicago, IL 60602-4252 | Blockbuster Video<br>1517 W. North Ave.<br>Melrose Park, IL 60160-1316 |
| CNA Surety<br>333 S. Wabash Ave.<br>Chicago, IL 60604-1040 | Chicago Backflow Inc.<br>12607 S. Laramie Ave.<br>Alsip, IL 60803-3225 | Chicago Title Land Trust Company<br>181 W. Madison St.<br>17th Floor<br>Chicago, IL 60602-4694 |
| Chicago Title Land Trust Company,<br>Successor Trustee of Trust 113252<br>181 W. Madison, 17th Floor<br>Chicago, IL 60602-4694 | ComEd<br>Bill Payment Center<br>Chicago, IL 60668-0001 | ComEd Co<br>2100 Swift Drive<br>Attn: Bankruptcy Section/Revenue Managem<br>Oakbrook, IL 60523-1559 |
| Continental Casualty Company<br>333 S. Wabash Ave.<br>Chicago, IL 60604-4107 | Cook County Treasurer<br>Law Dep't.<br>118 North Clark Street<br>Chicago, IL 60602-1304 | Crum & Forster Surety<br>305 Madison Ave.<br>Morristown, NJ 07960-6100 |

Leak Stop Roofing
Attn: Michael Glow
21660 W. Old Barn Lane
Forest Lake, IL 60047-1617

Lombard General Insurance Company
of Canada
305 Madison Ave.
Morristown, NJ 07960-6117

Maywood Glass & Mirror Co Inc
1308 St. Charles Rd.
Maywood, IL 60153-1299


Melrose Park LLC d/b/a Subway
1521 W. North Ave.
Melrose Park, IL 60160-1316

Michael S. Schwendener
1000 Vandustrial Dr.
Westmont, IL 60559-2468

Midwest Bank & Trust Company
500 W. Chestnut St.
Hinsdale, IL 60521-3104


Midwest Bank & Trust Company
501 West North Avenue
Melrose Park, IL 60160-1628
Attn: Thomas Caravello

National Fire Insurance Company
of Hartford
333 S. Wabash Ave.
Chicago, IL 60604-4107

Nicor
PO Box 416
Aurora, IL 60568-0001


Norcomm Public Safety Comm., Inc.
395 W. Lake St.
PO Box 1408
Elmhurst, IL 60126-8408

Payday Loan Store
1527 W. North Ave.
Melrose Park, IL 60160-1316

Pekin Insurance
2505 Court St.
Pekin, IL 61558-0001


PowerVac Sweeping, Inc.
4N 517 Medinah Rd.
Addison, IL 60101-1047

Pro-Cut Landscaping, Inc.
Attn: Jim Stramaglia
1709 N. 22nd Ave.
Melrose Park, IL 60160-1927

Radio Shack
1505 W. North Ave.
Melrose Park, IL 60160-1316


Reid Contracting
Attn: Mark Janicke
106 Alexandria Dr.
Vernon Hills, IL 60061-2047

S&S Towing Inc.
2305 N. Mannheim Rd.
PO Box 1625
Melrose Park, IL 60161-1625

Steven Bobbe, D.D.S.
1509 W. North Ave.
Melrose Park, IL 60160-1316


Sure Light Service Company
Attn: Jerry Bessony
1830 N. 32nd Ave.
Stone Park, IL 60165-1004

Surety Bonding Company of America
333 S. Wabash Ave.
Chicago, IL 60604-4107

TIG Insurance Company
305 Madison Ave.
Morristown, NJ 07960-6117


The Continental Insurance Company
333 S. Wabash Ave.
Chicago, IL 60604-4107

The North River Insurance Company
305 Madison Ave.
Morristown, NJ 07960-6117

Tru-Link Fence & Products Co.
PO Box 1908
Skokie, IL 60076-8908


U.S. Cellular Store
1525 W. North Ave.
Melrose Park, IL 60160-1316

U.S. Fire Protection
28427 N. Ballard, Unit H
Lake Forest, IL 60045-4542

United States Fire Insurance Co.
305 Madison Ave.
Morristown, NJ 07960-6117


Universal Surety of America
333 S. Wabash Ave.
Chicago, IL 60604-4107

Village of Melrose Park
Water Department
1000 N. 25th Ave.
Melrose Park, IL 60160-3088

Western Surety Company
333 S. Wabash Ave.
Chicago, IL 60604-4107

Custom Security Electronics, Inc.
237 Factory Rd.
Addison, IL 60101-5001

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Firemen's Insurance Company
of Newark, New Jersey
333 S. Wabash Ave.
Chicago, IL 60604-4107

H&R Block Tax Service
1523 W. North Ave.
Melrose Park, IL 60160-1316

Home Depot
PO Box 660335
Dallas, TX 75266-0335

Humbert Ins Agency
Attn: Lou Nelson
188 Industrial Dr., Ste. 430
Elmhurst, IL 60126-1612