IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | Chapter 11 |
| ) | |
| **M.P. ASSOCIATES L.P.,** ) | No. 07 B 12151 |
| ) | |
| Debtors. ) | |

# N O T I C E

TO:   SEE ATTACHED SERVICE LIST, Via U.S. Mail

PLEASE TAKE NOTICE that on the 27th day of May, 2009, at the hour of 10:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **EUGENE R. WEDOFF,** Bankruptcy Judge, in Courtroom No.744, or before such other Judge as may be sitting in his place and stead, U. S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Motion, at which time and place you may appear, if you so see fit.

/s/ Gina B. Krol
GINA B. KROL
105 West Madison Street, Suite 1100
Chicago, IL 60602
312/368-0300

STATE OF ILLINOIS   )
                   ) SS
COUNTY OF C O O K  )

GINA B. KROL, being first duly sworn on oath, deposes and states that she served a copy of the foregoing Notice together with a copy of the Motion attached thereto, directed to the persons shown on the attached Service List, U.S. Mail, this 28th day of April, 2009.

/s/ Gina B. Krol

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 11 |
| | ) | |
| **M.P. ASSOCIATES, L.P.,** | ) | No. 07 B 12151 |
| | ) | |
| Debtor(s). | ) | |

## MOTION FOR ENTRY OF FINAL DECREE

TO THE HONORABLE **EUGENE R. WEDOFF**,
    BANKRUPTCY JUDGE

    Now comes GINA B. KROL, Chapter 11 Trustee herein, and respectfully represents unto this Honorable Court as follows:

    1.    That on the 8th day of July, 2007, the above-named Debtor filed the above-captioned Chapter 11 petition.

    2.    That this Honorable Court entered an Order confirming the Debtor's Plan of Reorganization on January 28, 2009.

    3.    That the Chapter 11 Trustee has made the distributions due under the Plan.

    4.    That the Chapter 11 Trustee has substantially complied with all of the terms contained in its confirmed Chapter 11 Plan.

    WHEREFORE, GINA B. KROL, Chapter 11 Trustee herein, prays for the entry of a Final Decree in this matter and an Order directing the Clerk of the United States Bankruptcy Court to close this case, and for such other and further relief as the Court shall deem proper.

                                        GINA B. KROL, Chapter 11 Trustee for
                                        M.P. Associates, L.P.

GINA B. KROL
COHEN & KROL
105 W. Madison St., Ste 1100        BY:  /s/  GINA B. KROL
Chicago, IL 60602                          Chapter 11 Trustee
312/368-0300

M.P. ASSOCIATES L.P.
Case No. 07 B 12151

August A. Pilati
August A. Pilati and Associates, Ltd.
53 W. Jackson Blvd., Ste 528
Chicago, IL 60604

Diane M. Baron
Clausen Miller, P.C.
10 S. La Salle Street
Chicago, IL 60603

Jason Martin Loebach
Chitkowski Law Offices
801 Warrenville Rd., Ste 620
Lisle, IL 60532

John S. Mrowiec
Conway & Mrowiec
20 S. Clark St., Ste 1000l
Chicago, IL 60603

M. Gretchen Silver
Office of U.S. Trustee
219 S. Dearborn Street, Room 873
Chicago, IL 60604

Patrick Mazza
Patrick Mazza & Associates
290 S. Main Place, Ste 101
Carol Stream, IL 60188

Patrick T. Wallace
111 W, Jackson Blvd.
Suite 1415
Chicago, IL 60604-3868

Patrick K. Dahl
Dahl & Bonadies
225 W. Washington St., ste 1640
Chicago, IL 60606

Paul A. Lucey/Christopher R. Parker
Michael Best & Friedrich LLP
180 N. Stetson Ave., Ste 2000
Chicago, IL 60601

S.A. Associates, Inc.
c/o Michael S. Schwendener
413 East 47th Street
Hinsdale, IL 60521

Scott B. Greene/Daniel A. Zazove
Perkins Coie LLP
131 S. Dearborn St., Ste 1700
Chicago, IL 60603-5559

W. Kent Carter
Clark Hill PLC
150 N. Michigan Ave., Ste 2400
Chicago, IL 60601-7553

William J. Connelly/John E. Sebastian
Hinshaw & Culbertson LLP
222 N. La Salle St., Ste 300
Chicago, IL 60601

Illinois Department of Revenue
100 W. Randolph Street
Bankruptcy Section L-425
Chicago, IL 60602

William J. Serritella, Jr.
Aronberg Goldgehn Davis & Garmisa
330 N. Wabash Ave., Ste 1700
Chicago, IL 60611

M.P. Associates Limited Partnership
c/o Michael S. Schwendener
413 East 57th Street
Hinsdale, IL 60521

Thomas S. Kiriakos
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606

Matthew V. Wargin
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606

David G. Lynch/William Choslovsky
DLA Piper Rudnick Gray Cary US LLP
203 N. La Salle St., Ste 1900
Chicago, IL 60601

Ann M. Edmonds
The Law Office of Ann Edmonds
608 S. Washington, Ste 207
Naperville, IL 60540

Paula K. Maguire
Friedman & Holtz, P.C.
150 S. Wacker Dr., Ste 2600
Chicago, IL 60606-4202

Barry Snitman
Nilson, Stookal, Gleason & Caputo, Ltd
205 W. Randolph St., Ste 440
Chicago, IL 60606

James E. Morgan
Bell, Boyd & Lloyd LLP
70 W. Madison St., Ste 3100
Chicago, IL 60602

Charles Ingrassia
111 West Jackson Blvd.
Suite 1415
Chicago, IL 60604-3868

William S. Piper
Riordan Donnelly Lipinski & McKee
10 N. Dearborn Street
Chicago, IL 60602

Andrew Weiss
Gardiner Koch & Weisberg
53 W. Jackson Blvd., Ste 950
Chicago, IL 60604

Laurie A. Silvlestri
Law Offices of Laurie A. Silvestri
Three First National Plaza, Ste 3700
Chicago, IL 60602

Michael A. Forti/Thomas Forgue
City of Chicago, Department of Law
30 N. La Salle St., Ste 1230
Chicago, IL 60602

Elizabeth Z. Mathieson
Tressler Soderstrom Maloney & Priess
233 S. Wacker Dr., 22nd Floor
Chicago, IL 60606

David J. Letvin
Letvin & Stein
541 N. Fairbanks Ct., Ste 2121
Chicago, IL 60611

Sal Marino
Travelers - National Accounts
1 Tower Square, 5 MN
Hartford,f CT 06183-4044

Scott C. Frost
Statman Harris & Eyrich, LLC
200 W. Madison, Ste 3820
Chicago, IL 60606

Marc D. Sherman
Marc D. Sherman & Associates, P.C.
3700 W. Devon Ave., Ste E
Lincoln wood, IL 60712

E. Kevin Murnighan
Carey Filter White & Boland
33 W. Jackson, 5th Floor
Chicago, IL 60604

Justin L.Weisberg/Raymond M.Krauze
BryceDowney, LLC
200 N. La Salle St., Ste 2700
Chicago, IL 60601

Richard D. Trainor
Richard D. Trainor, Ltd.
33 N. Dearborn St., Ste 1700
Chicago, IL 60602

Shaw Gussis Fishman Glantz
Wolfson & Towbin
321 N. Clark St., Ste 800
Chicago, IL 60654-4766

#1 Nails
1507 W. North Avenue
Melrose Park, IL 60160-1316

A Discount Lock Company
849 W, Grand Ave.
Chicago, IL 60642-6564

ABC Board-Up Company
P. O. Box 668
Hillside, IL 60162-0668

American Casualty Company
of Reading, Pennsylvania
333 S. Wabash Ave.
Chicago, IL 60604-4107

Ana Venegas
1306 S. 57th Court
Cicero, IL 60604-1106

Aqua Plumbing
270 Larkin Dr.
Unit A
Wheeling, IL 60690-6472

Arc Disposal
P. O. Box 9001822
Louisville, KY 40290-1822

Barry S. Berk
493 Laurel Ave.
Highland Park, IL 60035-1652

Bedco Mechanical
Attn: Rick Bednarz
322 N. Wolf Rd.
Mt. Prospect, IL 60056-2735

Blockbuster Video
1517 W. North Ave.
Melrose Park, IL 60160-1316

CNA Surety
333 S. Wabash Ave.
Chicago, IL 60604-1040

Chicago Backflow, Inc.
12607 S. Laramie Ave.
Alsip, IL 60803-3225

Chicago Title Land Trust Co.
181 W. Madison St.
17th Floor
Chicago, IL 60602-4694

Chicago Title Land Trust Co.
Successor Trustee of Trust 113252
181 W. Madison St., 17th Floor
Chicago, IL 60602-4694

ComEd
2100 Swift Drive
Attn: Bankruptcy Section/Rev. Mgr.
Oakbrook, IL 60521-1559

Continental Casualty Company
333 S. Wabash Avenue
Chicago, IL 60604-4107

Cook County Treasurer
Law department
118 North Clark Street
Chicago, IL 60602-1304

Crum & Forster Surety
305 Madison Ave.
Morristown, NJ 07960-5100

Custom Security Electronics, Inc.
237 Factory Rd.
Addison, IL 60101-5001

Internal Revenue Service
Centralized Insolvency Operations
P. O. Box 21126
Philadelphia, PA 19114-0326

Fireman's Insurance Company
of Newark, New Jersey
333 S. Wabash Ave.
Chicago, IL 60604-4107

H&R Block Tax service
1523 W. North Ave.
Melrose Park, IL 60160-1316

| | | |
|---|---|---|
| Home Depot<br>P. O. Box 660335<br>Dallas, TX 75266-0335 | Humbert Ins. Agency<br>Attn: Lou Nelson<br>178 Industrial Dr., Ste 430<br>Elmhurst, IL 60125-1612 | Leak Stop Roofing<br>Attn: Michael Glow<br>11660 W. Old Barn Lane<br>Forest Lake, IL 60047-1617 |
| Lombard General Insurance Co.<br>Of Canada<br>105 Madison Avenue<br>Morristown, NJ 07960-6117 | Maywood Glass & Mirror Co., Inc.<br>1308 St. Charles Rd.<br>Maywood, IL 60159-1299 | Melrose Park LLC<br>d/b/a Subway<br>1521 W. North Avenue<br>Melrose Park, IL 60160-1316 |
| Michael S. Schwendener<br>413 East 57th Street<br>Hinsdale, IL 60521 | Midwest Bank & trust Company<br>500 W. Chestnut St.<br>Hinsdale, IL 60521-3104 | Midwest Bank & Trust Company<br>501 West North Avenue<br>Melrose Park, IL 60160-1628<br>Attn: Thomas Caravallo |
| National Fire Insurance Company<br>of Hartford<br>333 S. Wabash Avenue<br>Chicago, IL 60604-4107 | Nicor<br>P. O. Box 416<br>Aurora, IL 60568-0001 | Norco Public Safety Comm, Inc.<br>395 W. Lake St.<br>P. O. Box 1406<br>Elmhurst, IL 60126-8408 |
| Payday Loan Store<br>1517 W. North Ave.<br>Melrose Park, IL 60160-1316 | Pekin Insurance<br>2505 Court St.<br>Pekin, IL 61558-0001 | PowerVac Sweeping, Inc.<br>4 N 517 Medinah Rd.<br>Addison, IL 60101-1047 |
| Pro-Cut Landscaping, Inc.<br>Attn: Jim Stramaglia<br>1709 N. 22nd Ave.<br>Melrose Park, IL 60160-1327 | Radio Shack<br>1505 W. North Ave.<br>Melrose Park, IL 60160-1316 | Reid Contracting<br>Attn: Mark Janicke<br>106 Alexandria Dr.<br>Vernon Hills, IL 60061-2047 |
| S&S Towing, Inc.<br>2305 N. Mannheim Rd.<br>P. O. Box 1625<br>Melrose Park, I L 60161-1625 | Steven Bobba, D.D.S.<br>1509 W. North Ave.<br>Melrose Park, IL 60160-1316 | Sure Light Service Company<br>Attn: Jerry Bessany<br>1830 N. 32nd Ave.<br>Stone Park, IL 60165-1004 |
| Surety Bonding Co. Of America<br>333 S. Wabash Ave.<br>Chicago, IL 60604-4107 | TIG Insurance Company<br>305 Madison Ave.<br>Morristown, NJ 07960-6117 | The Continental Insurance Co.<br>333 S. Wabash Avenue<br>Chicago, IL 60604-4107 |
| The North River Insurance Co.<br>305 Madison Ave.<br>Morristown, NJ 07960-6117 | Tru-Link Fence & Products Co.<br>P. O. Box 1908<br>Skokie, IL 60076-8908 | U.S. Cellular Store<br>1525 W. North Ave.<br>Melrose Park, IL 60160-1316 |
| U.S. Fire Protection<br>18427 S. Ballard, Unit H<br>Lake Forest, IL 60045-4542 | United States Fire Insurance Co.<br>305 Madison Ave.<br>Morristown, NJ 07960-6117 | Universal Surety of America<br>333 S. Wabash Ave.<br>Chicago, IL 60604-4107 |

Village of Melrose Park
Water Department
1000 S. 25th Avenue
Melrose Park, IL 60160

Western Surety Company
333 S. Wabash Ave.
Chicago, IL 60604-4107

Safeco Insurance Companies
P. O. Box 34526
Seattle, WA 98124-1526

Allen J. Guon
Shaw Gussis, et al
321 N. Clark St., Ste 800
Chicago, IL 60654-4766

Mark L. Radtke
Shaw Gussis, et al
321 N. Clark St., Ste 800
Chicago, IL 60654-4766

Steven B. Towbin
Shaw Gussis, et al
321 N. Clark St., Ste 800
Chicago, IL 60654-4766

Vipin R. Gandra
Shaw Gussis et al
321 N. Clark St., Ste 800
Chicago, IL 60654-4766

William T. Neary
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Rm 8734
Chicago, IL 60604-1702