IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 11 |
| | ) | |
| M.P. ASSOCIATES, L.P., | ) | No. 07 B 12151 |
| | ) | |
| Debtor. | ) | JUDGE EUGENE R. WEDOFF |

## FINAL DECREE

The estate of the above-named Debtor, having been fully administered and the payments required by the Confirmed Chapter 11 Plan of Reorganization having been substantially completed by GINA B. KROL, Chapter 11 Trustee, IT IS HEREBY ORDERED THAT:

The final Decree is hereby entered and the Chapter 11 case of the above-named Debtor is closed.

It is Further Ordered that this Court reserves jurisdiction to reinstate this case for cause shown to enforce the terms of the plan.

ENTER:

_____
BANKRUPTCY JUDGE

DATED: 2 7 MAY 2009

JOSEPH E. COHEN
GINA B. KROL
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL 60602
312/368-0300